**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Massachusetts**
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | River Fall 529 LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 9 3 – 1 8 7 5 4 5 8 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 529 Eastern Street | 10 Prescott Road |
| Number   Street | Number   Street |
| | P.O. Box |
| Fall River    MA    02723 | Lynn    MA    01902 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| County | Number   Street |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   N/A

Debtor   River Fall 529 LLC
_____   Case number (*if known*)_____
          Name

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  3  1  3

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
|---|---|---|
|   | If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When _____ Case number _____ |
|   |   |                                                   MM / DD / YYYY |
|   |   | District _____ When _____ Case number _____ |
|   |   |                                                   MM / DD / YYYY |

Debtor  River Fall 529 LLC  
 Name

Case number (*if known*)_____

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>District _____  When _____<br>                                                               MM / DD / YYYY<br>Case number, if known _____ |
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                                  Number   Street<br>_____<br>_____  _____  _____<br>City                                                    State  ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☒ 1-49     ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199  ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  River Fall 529 LLC
                Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/23/2025
               MM / DD / YYYY

✗ /s/ Sylvan Quallo
Signature of authorized representative of debtor

Sylvan Quallo, Manager
Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/ Christopher M. Condon
Signature of attorney for debtor

Date  04/23/2025
       MM / DD / YYYY

Christopher M. Condon
Printed name

Bowditch & Dewey LLP
Firm name

75 Federal Street, Suite 1000
Number    Street

Boston                         MA            02110
City                           State         ZIP Code

(617) 757-6513                 ccondon@bowditch.com
Contact phone                  Email address

652430                         MA
Bar number                     State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page **4**

Debtor __River Fall 529 LLC_____    Case number (if known)_____
      Name

| | | | |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/23/2025
         MM / DD / YYYY

X _/s/ Sylvan Quallo_____  Sylvan Quallo, Manager
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor                                 MM / DD / YYYY

Christopher M. Condon
Printed name
Bowditch & Dewey LLP
Firm name
75 Federal Street, Suite 1000
Number    Street
Boston                                                        MA         02110
City                                                          State      ZIP Code

(617) 757-6513                                                ccondon@bowditch.com
Contact phone                                                 Email address

652430                                                        MA
Bar number                                                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# RIVER FALL 529 LLC
## Resolution Authorizing Chapter 11 Filing

The undersigned, being the Manager of River Fall 529 LLC (the "Company"), hereby certifies, in his capacity as Manager of the Company and not in his individual capacity, that the following resolutions were passed, in accordance with the requirements of applicable Massachusetts law on April 23, 2025.

**RESOLVED:** That, based on factors and information deemed relevant by the Manager, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a petition seeking relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts.

**RESOLVED:** That Sylvan Quallo, Manger, and any person duly authorized by Sylvan Quallo (an "Authorized Person") are empowered and directed to take action to: (i) prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) cause the Company to perform its functions and duties as a debtor in possession pursuant to the applicable provisions of the United States Bankruptcy Code; (iii) take such steps on behalf of the Company as may be necessary or appropriate to the Company's Chapter 11 proceeding; (iv) execute and file on behalf of the Company any pleading appropriate or necessary for the Company to fulfill its obligations under the Bankruptcy Code and/or applicable non-bankruptcy law; and (vi) execute such further documents and do such further acts as Authorized Person may deem necessary or appropriate with respect to the foregoing, the execution of any document or the doing of any act by such Authorized Person in connection with such proceedings to be conclusively presumed to be authorized by this vote.

**RESOLVED:** That the Company may engage and retain Bowditch & Dewey, LLP as bankruptcy counsel under general retainer to represent the Company in the Chapter 11 Case, and that the Company has provided such counsel with a retainer for its services.

**RESOLVED:** That each Authorized Person is hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, all agreements, instruments, petitions, schedules, motions, lists, affidavits, applications for approvals or ruling of governmental or regulatory authorities, pleadings, certificates and other papers, and

4915-3134-8026.1

to take and perform any and all further acts and deeds that in my judgment and/or the judgment of an Authorized Person shall be necessary, proper or desirable to the Company's Chapter 11 proceeding.

**RESOLVED:** That any and all actions heretofore or hereafter lawfully taken in the name or on behalf of the Company in good faith by the undersigned or any Authorized Person in furtherance of the purposes of the foregoing resolutions or in connection with the transactions contemplated therein are hereby ratified, confirmed, and adopted as the acts and deeds of the Company.

In witness whereof, this Resolution has been executed on the date stated below.

Dated: April 23, 2025

RIVER FALL 529 LLC

By: Sylvan Quallo
Its: Manager

4915-3134-8026.1

United States Bankruptcy Court
District of Massachusetts

In re River Fall 529 LLC    Case No

Chapter 11

Debtor

VERIFICATION OF MATRIX

The above-named debtor(s) verify(ies) under penalty of perjury that the attached List of Creditors, which consists of __1__ pages and a total of __10__ creditors, is true, correct and complete to the best of my knowledge.

Date: __April 23, 2025__

_____
Debtor
By: Sylvan Quallo, Manager

_____N/A_____
Joint Debtor

Carey Circle 312 LLC
1 Carey Circle, Unit 312
Revere, MA 02151

City of Fall River (Real Estate Tax Department)
1 Government Center
Fall River, MA 02721

City of Fall River (Water Commission)
1 Government Center
Fall River, MA 02721

Liberty Utilities
4654 Sykes Road
Fall River, MA 02720

National Grid
1250 Brayton Point Rd.
Somerset, MA 02725

Ryan LLC
One International Place, Suite 1840
Boston, MA 02110

Seventeen Group Corp.
10 Prescott Road
Lynn, MA 01902

Stage Point Capital LLC
12 East 49th St. #1808
New York, NY 10017

Sylvan Quallo
10 Prescott Road
Lynn, MA 01902

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Securities and Exchange Commission
Boston Regional Office

33 Arch Street, 24th Floor
Boston, MA 02110-1424

Securities and Exchange Commission
100 F Street
NE Washington, DC 20549

United States Attorney
John Joseph Moakley United States Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Commonwealth of Massachusetts
Department of Unemployment Assistance
Legal Department, 1st Floor, Attn. Chief Counsel
19 Staniford Street
Boston, MA 02114-2502

Office of the Attorney General
Fair Labor Division
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>**RIVER FALL 529 LLC,**<br><br>Debtor. | **Chapter 11**<br><br>Case No. 25- |

## DECLARATION RE ELECTRONIC FILING

I, Sylvan Quallo, hereby declare under penalty of perjury that all of the information contained in the *Voluntary Petition*, *20 Largest Unsecured Creditors*, and *Verification of Creditor Matrix* (collectively, the "Documents"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Documents. I understand that failure to file this DECLARATION may cause the Documents to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Sylvan Quallo, Manager
RIVER FALL 529, LLC

DATED: April 23, 2025

4923-6773-1770.1